UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Richard Ziarno
                                      Plaintiff,

v.                                                       Case No.: 1:13−cv−02168
                                                           Honorable Samuel Der−Yeghiayan

Enhanced Recovery Company, LLC
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 16, 2013:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that the parties have reached a settlement. Based upon counsel's representations, the instant action is hereby dismissed without prejudice to move for reinstatement by 05/30/13. In the event no moves for reinstatement by 05/30/13, the instant action shall become a dismissal with prejudice at that time. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.